PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00098-BAM |
|---|---|
| Plaintiff, | APPLICATION TO UNSEAL PETITION TO REVOKE SUPERVISED RELEASE |
| v. | |
| FERNANDO MENCHACA-FERNANDEZ, | |
| Defendant. | |

The arrest warrant in the above-captioned matter was executed on August 16, 2023. As a result, there is no need for the petition to remain under seal. Accordingly, the United States asks that the Court order that the petition be unsealed. The undersigned consulted with the Assistant United States Attorney assigned to the case as well as the Probation Office in the District of Arizona, and neither had an objection to the petition being unsealed.

Dated: August 17, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

APPLICATION TO UNSEAL

1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | CASE NO: 1:23-MJ-00098-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL PETITION TO REVOKE SUPERVISED RELEASE |
| v. | |
| FERNANDO MENCHACA-FERNANDEZ, | |
| Defendant. | |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the petition in the above-captioned matter be, and is, unsealed.

IT IS SO ORDERED.

   Dated:  **August 17, 2023**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE